■     In the Matter of LYLE R. SLOCUM et al., Respondents, v ERSA H. POSTON, as President of the Civil Service Commission, Appellant, and JOHN S. TAGGART, as Chairman of the Steuben County Civil Service Commission, Respondent.—Order unanimously affirmed, with costs, on the decision at Special Term, Mastrella, J.; Goldman, J. not participating. (Appeal by permission from order of Monroe Supreme Court—article 78.) Present— Simons, J. P., Hancock, Jr., Denman, Goldman and Witmer, JJ.

■     ANITA SANTARO, Respondent, v ANTHONY SANTARO, Appellant.— Motion for leave to appeal to this court denied. Memorandum: Since the order is appealable as a matter of right (CPLR 5701, subd [a], par 2, cl [v]), the motion seeking leave to appeal is unnecessary. However, appeals from orders granting temporary alimony are not favored. In lieu thereof, counsel should proceed promptly to trial and upon application by either party to Special Term, a preference may be obtained (see *Goldstein v Goldstein,* 35 AD2d 777). Present—Marsh, P. J., Moule, Dillon and Witmer, JJ.